# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3363

_____

United States of America,         *
                                    *

              Appellee,      *   Appeal from the United States
                                    *   District Court for the Western
    v.                     *   District of Missouri.
                                    *

Rodney J. Long,             *       [UNPUBLISHED]
                                    *

            Appellant.     *

_____

Submitted:   April 4, 2003

Filed:   April 15, 2003

_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

After Rodney J. Long pleaded guilty to a drug conspiracy, the district court[*] sentenced Long to sixty months imprisonment and five years supervised release. Long began supervised release in December 2000.  In September 2002, the court revoked Long's supervised release and sentenced him above the Sentencing Guidelines Chapter 7 recommended range to twenty-four months imprisonment.

_____

[*]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

Long appeals this sentence, arguing the district court did not make specific factual findings justifying its departure.

Long's revocation sentence was proper. The district court not only considered the policy statements, but made explicit findings about the sentence. The court acknowledged the recommended range of four-ten months; noted Long's original sentence was the result of a downward departure, see U.S.S.G. § 7B1.4, comment. (n.4); and found Long had probably solicited others to testify falsely on his behalf at the revocation hearing.

We affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.